UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br>NICOLE CAROLIN PLATERIP<br><br>Debtor(s). | Bankruptcy No.: 10-51888-gwz<br>Chapter  7<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES**<br><br>Hearing Date:   July 14, 2010<br>Hearing Time:   10:00 a.m. |

On  5/17/10 , the above-named debtor filed a Voluntary Petition. The Voluntary Petition was not accompanied by the filing fee or an Application to Pay Filing Fee in Installments, pursuant to Fed. R. Bankr. P. 1006 and Local Rule 1006. The debtor is delinquent in the amount of $ **299.00** ; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above-entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b).

The hearing will be held before a United States Bankruptcy Judge, on the  14th  day of  July , 2010 at the hour of  10:00 am , in Courtroom No.  3  of the Clifton Young Federal Building, 300 Booth Street, 5th Floor, Reno, Nevada 89509.

DATE:  May 24, 2010          MARY A. SCHOTT, CLERK

                                           /s/ Susan Ivey
                                    Bankruptcy Deputy Clerk

Copies mailed through BNC to all parties

###